400 A.2d 604

Commonwealth v. Alpiano, Appellant.
Petition for Allowance of Appeal Denied May 11, 1979.

■ Submitted September 12, 1977. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., concurred in the result.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.